UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

ROBERTA FELIZ, Individually, and On Behalf of All Others Similarly Situated,

                  Plaintiff,

vs.

QUILL LINCOLNSHIRE, INC.,

                  Defendant.

---------------------------------------------------------------x

Case No.: 1:23-cv-00089-LGS

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Roberta Feliz hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice against defendant Quill Lincolnshire, Inc.

DATED:  March 28, 2023          **MIZRAHI KROUB LLP**

                                                          /s/ William J. Downes
                                                          WILLIAM J. DOWNES

EDWARD Y. KROUB
WILLIAM J. DOWNES
225 Broadway, 39th Floor
New York, NY  10007
Telephone:  212/595-6200
212/595-9700 (fax)
ekroub@mizrahikroub.com
wdownes@mizrahikroub.com

*Attorneys for Plaintiff*